■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE ORTA, Appellant. [874 NYS2d 856]—Judgment, Supreme Court, New York County (Rena K. Uviller, J.), rendered on or about December 5, 2007, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Friedman, Sweeny, Renwick and Freedman, JJ.